Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

08 MAR 13 PM 3: 08

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

        vs

SPARKY'S TRANSMISSION, INC.;
CHRIS BOEVREE TRUST (02-14-91)
and DOES 1 THROUGH 10,
Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 453        JLS CJMA**

TO: (Name and Address of Defendant)

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vandeveld, Esq.
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    (619) 231-8883

    An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 3/13/08 |
|---|---|
| CLERK | DATE |

By   C. KUTTMANN  Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)