Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs

SPARKY'S TRANSMISSION, INC.;
CHRIS BOEVREE TRUST (02-14-91)
and DOES 1 THROUGH 10,
Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 453   JLS (JMA)

TO: (Name and Address of Defendant)

SPARKY'S TRANSMISSION, INC.
Agent: Gerald Levy
1546 Hamilton Lane
Escondido, CA 92029

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/13/08
DATE

By C. _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ.SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : PLAINTIFF

Ref. No.       : 0297920-01
Atty. File No. : 08CV453JSLJMA

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF  : KAREL SPIKES
DEFENDANT  : SPARKY'S TRANSMISSION, INC., et al.

Case No.: 08 CV 453 JSL JMA
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3. a. Party served     : SPARKY'S TRANSMISSION, INC.
                         AUTHORIZED AGENT FOR SERVICE: PAUL SHANAHAN
   b. Person served   : PAUL SHANAHAN, OWNER
                         (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 8861 LA MESA BLVD.
   LA MESA, CA 91941-5106 (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on April 21, 2008 (2) at: 11:50 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:  SPARKY'S TRANSMISSION, INC.
                     AUTHORIZED AGENT FOR SERVICE: PAUL SHANAHAN
      under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. GREG COLE
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $102.50
   e. I am:
      (3) a registered California process server
          (i)   an independent contractor
          (ii)  Registration No.: 387
          (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 23, 2008

Signature: _____
           GREG COLE

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**