UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, ) | Case No. 08-CV-0453-JLS (JMA) |
| ) | |
| Plaintiff, ) | **ORDER REGARDING TELEPHONIC** |
| ) | **SETTLEMENT DISPOSITION** |
| v. ) | **CONFERENCE** |
| ) | |
| SPARKY'S TRANSMISSION, INC., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

The parties have informed the Court that the case has settled.  Accordingly, the attorneys shall appear for a telephonic Settlement Disposition Conference on **September 16, 2008** at **3:30 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

1 | chambers of Magistrate Judge Adler <u>at least one court day before
2 | the date indicated above to explain the reasons therefor.</u>
3 | <u>Failure to comply with this order may be cause for the imposition
4 | of monetary sanctions.</u>
5 |     **IT IS SO ORDERED**.
6 | DATED:  August 14, 2008

                                       _____
                                       Jan M. Adler
                                       U.S. Magistrate Judge